# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MONICA MONIQUE STEPP, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-00606 |
| | ) Judge Trauger |
| GATEWAY MEDICAL CENTER, | ) |
| Defendant. | ) |

## O R D E R

On August 25, 2017, the magistrate judge issued a Report and Recommendation (DE #14), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Partial Dismissal (Docket No. 11) is GRANTED, and the plaintiff's claims under Title VII for race discrimination are DISMISSED with prejudice. This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 13th day of September 2017.

_____
ALETA A. TRAUGER
U.S. District Judge